**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**BRANDON ANDERSON**                                                    **PLAINTIFF**

**V.**                                    **NO: 3:17CV00140 JM**

**BECKY HITT,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 15th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE